# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | **:** **Case Nos. 13-13960** |
| | **:** |
| **FRENCH MANOR PROPERTIES, LLC,** | **:** **Chapter 7** |
| ***et al.***,[1] | **:** **(Jointly Administered)** |
| | **:** |
| Debtors. | **:** **Honorable Beth A. Buchanan** |
| | **:** |
| | **:** |

---

## GLOBAL NOTES, DISCLAIMERS AND RESERVATION OF RIGHTS CONCERNING THE DEBTORS' SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS
### FRENCH MANOR PROPERTIES, LLC (13-13960)

The Schedules of Assets and Liabilities, Statements of Financial Affairs and Means Test ("Schedules, Statements and Means") filed by the French Manor Properties and Brenda Ashcraft (the "Debtors"), in the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court") were prepared pursuant to 11 U.S.C. §521 and Fed.R.Bankr.P. 1007 by the Interim Trustee, George Leicht, by and through his attorneys of record Cohen, Todd, Kite & Stanford, LLC, and are unaudited. The Trustee and his counsel have made every reasonable effort to allocate assets and liabilities and have had to do so without the assistance or cooperation of the Debtors. Furthermore, as Debtor Brenda Ashcraft is undergoing a criminal investigation and assets and records have been seized by the State of Ohio, the Trustee has not received any assistance from that agency to date. Any underlying data provided to the Trustee thus far, including the data provided by "investors" has been marked disputed for the potential false statements provided by the Debtor to said investors. While the Trustee and his counsel have made reasonable efforts to file complete and accurate Schedules, Statements and Means based upon information available at the time of preparation, the Schedules, Statements and Means remain subject to further review and verification by the Trustee and his counsel. Subsequent information may result in material changes in financial and other data contained in the Schedules, Statements and Means. The Trustee reserves the right to amend or supplement the Schedules, Statements and Means from time to time as may be necessary or appropriate. These Global Notes, Disclaimers and Reservation of Rights Concerning the Debtors' Schedules, Statements and Means (the "Global Notes") are incorporated by reference in, and comprise an integral part of the Schedules, Statements and Means and should be referred to and reviewed in connection with any review of the Schedules, Statements and Means.

---

[1] The Debtors in these chapter 7 cases are:  French Manor Properties, LLC (Case No. 13-13960) and Brenda Ashcraft (Case No. 13-14859).

B6A (Official Form 6A) (12/07)

In re  __**French Manor Properties, LLC**_____,  Case No. __**13-13960**_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **unknown** | | - | **Unknown** | **0.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

12/05/13  1:16PM

B6B (Official Form 6B) (12/07)

.

In re    **French Manor Properties, LLC**                                                        Case No.    **13-13960**
                                                                              ,
                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **UNKNOWN** | - | **Unknown** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Account ending 0150** | - | **Unknown** |
| | | **Fifth Third bank account** | - | **Unknown** |
| | | **US Bank Account ending 8253** | - | **Unknown** |
| | | **UNKNOWN** | - | **Unknown** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **UNKNOWN** | - | **Unknown** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **UNKNOWN** | - | **Unknown** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **UNKNOWN** | - | **Unknown** |
| 6. Wearing apparel. | | **UNKNOWN** | - | **Unknown** |
| 7. Furs and jewelry. | | **UNKNOWN** | - | **Unknown** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **UNKNOWN** | - | **Unknown** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **UNKNOWN** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | | **UNKNOWN** | - | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **French Manor Properties, LLC**                                    ,   Case No.   __13-13960__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | UNKNOWN | - | Unknown |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | UNKNOWN | - | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Dogzone, LLC (ownership percentage believed to be 51% based on Dogzone tax returns) | - | Unknown |
| | | MeyCraft, LLC | - | Unknown |
| | | CoCraft, LLC | - | Unknown |
| | | The 6 Degree Group | - | Unknown |
| | | French Manor Properties of DFW, LLC | - | Unknown |
| | | UNKNOWN | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | UNKNOWN | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | UNKNOWN | - | Unknown |
| 16. Accounts receivable. | | UNKNOWN | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | UNKNOWN | - | Unknown |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | UNKNOWN | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | UNKNOWN | - | Unknown |

Sub-Total >        0.00
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **French Manor Properties, LLC**                                              ,    Case No.    __13-13960__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | UNKNOWN | | - | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | UNKNOWN | | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | UNKNOWN | | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | UNKNOWN | | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | UNKNOWN | | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | UNKNOWN | | - | Unknown |
| 26. Boats, motors, and accessories. | UNKNOWN | | - | Unknown |
| 27. Aircraft and accessories. | UNKNOWN | | - | Unknown |
| 28. Office equipment, furnishings, and supplies. | UNKNOWN | | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | UNKNOWN | | - | Unknown |
| 30. Inventory. | UNKNOWN | | - | Unknown |
| 31. Animals. | UNKNOWN | | - | Unknown |
| 32. Crops - growing or harvested. Give particulars. | UNKNOWN | | - | Unknown |
| 33. Farming equipment and implements. | UNKNOWN | | - | Unknown |

Sub-Total >          0.00
(Total of this page)

Sheet   __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

12/05/13 1:16PM

B6B (Official Form 6B) (12/07) - Cont.

In re  **French Manor Properties, LLC**                              ,  Case No.   **13-13960**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | | **UNKNOWN** | **-** | **Unknown** |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Any and all property seized by the government investigation of Debtor including 6 season tickets for the Cincinnati Reds** | **-** | **Unknown** |

|  | Sub-Total >  | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **0.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

12/05/13 1:16PM

**B6D (Official Form 6D) (12/07)**

In re   **French Manor Properties, LLC**                          ,     Case No.   **13-13960**

                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**unknown**<br><br><br><br> | | - | | | | | X | | |
| | | | | Value $     **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br><br><br><br> | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **0.00** | **0.00** |

12/05/13  1:16PM

B6E (Official Form 6E) (4/13)

.

In re    **French Manor Properties, LLC**                                                    Case No.    **13-13960**
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_    continuation sheets attached

12/05/13 1:16PM

B6E (Official Form 6E) (4/13) - Cont.

In re   **French Manor Properties, LLC**                                    ,     Case No.   **13-13960**
_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | | |
| **Internal Revenue Service Att. Insolvency PO Box 21226 Philadelphia, PA 19114** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | NOTICE ONLY | | | | | | |
| **State of Ohio Department of Taxation P.O. Box 530 Columbus, OH 43266-0030** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **French Manor Properties, LLC**                                        ,                Case No. _____**13-13960**_____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending 8626**<br><br>**AT&T Wireless**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | - | | **Notice** | | | X | **Unknown** |
| Account No.<br><br>**Barbara Pugh**<br>**8463 Pollux Ct.**<br>**Cincinnati, OH 45231** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Brian Blythe**<br>**Michelle Blythe**<br>**792 Mockingbird Ct.**<br>**Keller, TX 76248** | - | | **6/12/2013**<br>**Investment** | | | X | **512,000.00** |
| Account No.<br><br>**Brian McGinty**<br>**Alicia McGinty**<br>**2211 Tremont**<br>**Columbus, OH 43221** | - | | | | | X | **Unknown** |

__**14**__  continuation sheets attached

Subtotal
(Total of this page)  **512,000.00**

12/05/13  1:16PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC**                                   ,   Case No.   **13-13960**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>Bruce R. Blum<br>8560 St. Ives Place<br>Cincinnati, OH 45255 | - | | | 9/2011<br>Investment | | | X | 469,758.00 |
| Account No. **ending 9102** <br><br>Bruce Stambaugh<br>3845 Vineyard Green Drive<br>Cincinnati, OH 45255 | - | | | 9/11/2012<br>Investment | | | X | 3,250.00 |
| Account No. <br><br>Charles M. Miller, Esq.<br>One East 4th St., Suite 1400<br>Cincinnati, OH 45202 | - | | | Notice Only | | | X | 0.00 |
| Account No. <br><br>Christina Campbell<br>670 Bostwich Court<br>Cincinnati, OH 45244 | - | | | | | | X | Unknown |
| Account No. <br><br>Cindy A. Swinney<br>7357 Overland Park Court<br>West Chester, OH 45069 | - | | | | | | X | Unknown |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   **473,008.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **French Manor Properties, LLC** _____,      Case No. _____**13-13960**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dan Kunkemoeller**<br>**838 Reedy Street**<br>**Cincinnati, OH 45202** | - | | **Investment** | | | X | **211,250.00** |
| Account No. <br><br>**David Joshua**<br>**5739 Bucktown Road**<br>**Williamsburg, OH 45176** | - | | | | | X | **Unknown** |
| Account No. <br><br>**David L. Hall**<br>**675 Bostwick Ct.**<br>**Cincinnati, OH 45255-1745** | - | | **6/28/2012**<br>**Investment** | | | X | **52,512.00** |
| Account No. **ending 1006 and 4227**<br><br>**Debra Smith**<br>**Bruce W. Smith**<br>**3667 Eaton Rd.**<br>**Hamilton, OH 45013** | - | | **12/21/2012**<br>**Investments** | | | X | **85,000.00** |
| Account No. <br><br>**DogZone, LLC**<br>**151 Castleberry Court**<br>**Milford, OH 45150** | - | | | | | X | **Unknown** |

Sheet no. __**2**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**348,762.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC**                                    ,       Case No.   **13-13960**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Don Keys** <br> **6904 Mt. Vernon Ave.** <br> **Cincinnati, OH 45227** | - | | | | | | X | **Unknown** |
| Account No. <br><br> **Douglas Jenkins** <br> **160 Main Street** <br> **Hackettstown, NJ 07840-2041** | - | | | | | | X | **Unknown** |
| Account No. <br><br> **Duane Bebout** <br> **70400 AXP Financial Center** <br> **Minneapolis, MN 55474** | - | | | | | | X | **Unknown** |
| Account No. <br><br> **Eric T. House** <br> **7449 Montgomery Road** <br> **Cincinnati, OH 45236** | - | Investment | | | | | X | **Unknown** |
| Account No. <br><br> **Gary and Martha Steier** <br> **7865 Hartford Hill Lane** <br> **Cincinnati, OH 45242** | - | | | | | | X | **Unknown** |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __French Manor Properties, LLC_____,      Case No. ____13-13960_____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Glen Rice 3704 General Bradley Street NE Albuquerque, NM 87111 | - | | | | | X | Unknown |
| Account No. | | | 2010 Investment | | | | |
| Gregory Gromek Maribeth Gromek 3735 Redthorne Drive Amelia, OH 45102 | - | | | | | X | 52,775.00 |
| Account No. | | | | | | | |
| Gregory H. Richards Marie A. Richards 8143 Ashgrove Drive Cincinnati, OH 45244 | - | | | | | X | Unknown |
| Account No. | | | Notice Only | | | | |
| J. Stephen Wirthlin, Jr., Esq. Beirne & Wirthlin Co. LPA 1745 Madison Rd. Cincinnati, OH 45206 | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| Jason McCain Kim McCain 818 Dorgene Lane Cincinnati, OH 45244 | - | | | | | X | Unknown |

Sheet no. __4___ of __14__ sheets attached to Schedule of          Subtotal                52,775.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

12/05/13 1:16PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **French Manor Properties, LLC**                                    ,    Case No. ___**13-13960**___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Jeffrey Meythaler 7475 W. 5th Ave. #220 Denver, CO 80226 | - | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| Jeremy R. Starline 4145 S. Gensen loop Cincinnati, OH 45245 | - | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| Joan M. Smiley 10321 Heritage Bay Blvd. #1513 Naples, FL 34120-5146 | - | | | | | | | X | **Unknown** |
| Account No. | | | | | | Investment | | | X | |
| John E. Gilbert 6339 Fountains Blvd West Chester, OH 45069 | - | | | | | | | | X | **535,942.00** |
| Account No. | | | | | | | | | |
| John Robson 5792 Springview Circle Mason, OH 45040 | - | | | | | | | X | **Unknown** |

Sheet no. __**5**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **535,942.00**

12/05/13 1:16PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC**                                    ,        Case No.   **13-13960**
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph Dubois**<br>**Valerie Dubois**<br>**7746 Heatherglen Drive**<br>**Cincinnati, OH 45255** | - | | Investment | | | X | 103,000.00 |
| Account No.<br><br>**Jospeh J. Dehner, Esq.**<br>**2200 PNC Center**<br>**201 East Fifth Street**<br>**Cincinnati, OH 45202** | - | | Notice Only | | | X | 0.00 |
| Account No. **ending 9133**<br><br>**Karen and Ed Wichta**<br>**5820 Blue Spruce Lance**<br>**Apt. 1**<br>**Cincinnati, OH 45224** | - | | 8/31/2012<br>Investment | | | X | 40,900.00 |
| Account No.<br><br>**Kevin Quinlan**<br>**5661 Baywatch Way**<br>**Mason, OH 45040** | - | | | | | X | Unknown |
| Account No.<br><br>**Kristie Kellerman**<br>**3562 W. Legendary Run**<br>**Cincinnati, OH 45245** | - | | | | | X | Unknown |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **143,900.00**

12/05/13  1:16PM

B6F (Official Form 6F) (12/07) - Cont.

In re __French Manor Properties, LLC_____,     Case No. ___13-13960_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lawrence (Larry) Maglin 3416 Beechwood Blvd. Pittsburgh, PA 15217 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Lori Robson c/o Charles Miller, Esq. One East 4th Street Suite 1400 Cincinnati, OH 45202 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Lynn Helquist 1230 Puerta Del Sol San Clemente, CA 92673 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Mark Cohen 3965 Marble Ridge Lane Mason, OH 45040 | - | | | | | | X | Unknown |
| Account No. | | | | 1/13; 2/13; 3/13; 4/13 Investment | | | | |
| Mary Ray 2605 Goggin Ln Danville, KY 40422 | - | | | | | | X | 76,000.00 |

| | | | |
|---|---|---|---|
| Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 76,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC** _____,   Case No. ____**13-13960**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Melinda Giglio<br>David Giglio<br>7875 Blairhouse Drive<br>Cincinnati, OH 45244 | - | | | | | X | Unknown |
| Account No.<br><br>Michael and Jennifer Blythe<br>7660 Bridlewood CT<br>North Richland Hills, TX 76180 | - | | | | | X | Unknown |
| Account No. **ending 0073**<br><br>Michael Fink<br>2581 Walnut Grove Ln.<br>Lexington, KY 40509 | - | | **3/4/2013**<br>**Investment** | | | X | 156,188.00 |
| Account No.<br><br>Michael Johnson<br>2911 Esters Rd.<br>Apt. 1413<br>Irving, TX 75062 | - | | | | | X | Unknown |
| Account No.<br><br>Michael Kellerman<br>231 West 4th St.<br>Apt. 801A<br>Cincinnati, OH 45202 | - | | | | | X | Unknown |

Sheet no. __**8**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,188.00

12/05/13 1:16PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **French Manor Properties, LLC**                                          ,     Case No. ____**13-13960**____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Michael Osborne 10767 Geneagle Drive Union, KY 41091 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Michelle Byers 5792 Springview Circle Mason, OH 45040 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Mitch Canon 812 Quarterhorse Ct. Lexington, KY 40503 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Patrick J. Newton, Esq. Stephen E. Schilling, Esq. 150 E. Fourth Street Cincinnati, OH 45202 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Patrick Maue Gail Maue 5091 Eagles View Cincinnati, OH 45244-5029 | - | | | | | | X | Unknown |

Sheet no. __**9**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **French Manor Properties, LLC**                                                    ,    Case No.  **13-13960**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Penny Moore** **2911 North State Route 72** **Sabina, OH 45169** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Red Ignition, LLC** **839 Reedy Street** **Cincinnati, OH 45202** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Robert Hopkins** **Registered Agent for DogZone, LLC** **744 Mendon Hill Lane** **Cincinnati, OH 45244** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 20110-2012 Investment | | | | |
| **Robert J. Gilbert** **Faith Gilbert** **7590 Tylers Valley** **West Chester, OH 45069** | - | | | | | X | |
| | | | | | | | **493,000.00** |
| Account No. | | | | | | | |
| **Robert J. Thumann** **1206 Race St.** **Cincinnati, OH 45202** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**493,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **French Manor Properties, LLC**                              ,  Case No. ___**13-13960**___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Robert Zimmerman, Esq. First Financial Center 255 East Fifth Street Cincinnati, OH 45202 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Roger Williams JennTara, Inc. 1095 Nimitzview Drive Cincinnati, OH 45230 | - | | | | | | X | Unknown |
| Account No. | | | | 9/14/2012 Investment | | | | |
| Sandra A. Moreland Joseph P. Moreland 664 Tournament Drive Cincinnati, OH 45244 | - | | | | | | X | 40,000.00 |
| Account No. | | | | Notice Only | | | | |
| Scott A. King, Esq. Austin Landing 1 10050 Innovation Drive Miamisburg, OH 45342 | - | | | | | | X | 0.00 |
| Account No. | | | | 2013 Investment | | | | |
| Sharmini Shanker 4529 River Thames Way Mason, OH 45040 | - | | | | | | X | 300,000.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of                    Subtotal                340,000.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC**                          ,   Case No. ___**13-13960**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | | |
| Shawn E. Baker Holly A. Baker 1320 Bedfordshire Drive Loveland, OH 45140 | - | | | | | | | | X | Unknown |
| Account No. | | | | | | | | | | |
| Stanley and Diane Blythe 1105 Emerald Court Colleyville, TX 76034 | - | | | | | | | | X | Unknown |
| Account No. | | | | | | 2011 - 2012 Investment | | | | |
| Stanley L. Blythe 1105 Emerald Court Colleyville, TX 76034 | - | | | | | | | | X | 985,000.00 |
| Account No. | | | | | | | | | | |
| Steve Koukles 3599 Tacoma Ave. Tacoma, WA 98418-6850 | - | | | | | | | | X | Unknown |
| Account No. | | | | | | Investment | | | | |
| Steve Kunkelmoeller 838 Reedy St. Cincinnati, OH 45202 | - | | | | | | | | X | 224,750.00 |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,209,750.00

12/05/13 1:16PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC**                                    ,   Case No. ___**13-13960**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Teresa Thomas 8026 Pinnacle Point Drive #202 West Chester, OH 45069 | - | | | | | | X | Unknown |
| Account No. | | | | Investment | | | | |
| Teresa Wellington Steve Wellington 4717 Cannon Gate Dr. Cincinnati, OH 45245 | - | | | | | | X | 389,000.00 |
| Account No. | | | | | | | | |
| Theodore J. Froncek Olde Sycamore Square 1208 Sycamore Street Cincinnati, OH 45202 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Thomas A. Rhodenbaugh Mia P. Rhodenbaugh 8280 Brill Rd. Cincinnati, OH 45243 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Todd A. Phillips Stephanie M. Phillips 760 Mendon Hill Ln. Cincinnati, OH 45244-5023 | - | | | | | | X | Unknown |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                389,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **French Manor Properties, LLC**                                          ,          Case No. _____**13-13960**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Tryed Stone New Beginning Church 5550 Reading Road Cincinnati, OH 45237** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Valhalla Investment Advisory, Inc. 7449 Montgomery Road Cincinnati, OH 45236** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Wayne Smiley 6096 Country Hills Cincinnati, OH 45233** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Wells Fargo Bank, NA c/o CSC Lawyers Incorp. Ser S/A 50 West Broad Street, Suite 1800 Columbus, OH 43215** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **William H. and Carla R. Wood 8750 Alberly Lane Cincinnati, OH 45243** | - | | | | | X | **Unknown** |

Sheet no. __**14**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **4,730,325.00** |

12/05/13  1:16PM

B6G (Official Form 6G) (12/07)

.

In re    **French Manor Properties, LLC**                                    Case No.    **13-13960**
                                                        ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **UNKNOWN** | **Unknown** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

12/05/13  1:16PM

B6H (Official Form 6H) (12/07)

.

In re  **French Manor Properties, LLC**                                        ,    Case No.    **13-13960**
_____
Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brenda Ashcraft**<br>**822 Dorgene Lane**<br>**Cincinnati, OH 45244** | **ALL CREDITORS** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio, Western Division

In re  **French Manor Properties, LLC**                                     Case No.  **13-13960**

                                               Debtor(s)                    Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chapter 7 Trustee of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

## ***Subject to "Global Notes" attached hereto**

Date  **December 5, 2013**                      Signature   **/s/ George Leicht**

                                                            **George Leicht**
                                                            **Chapter 7 Trustee**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Ohio, Western Division

In re    **French Manor Properties, LLC**      Case No.    **13-13960**

                 Debtor(s)         Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT              SOURCE
       **$0.00**                **Unknown**

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT              SOURCE
       **$0.00**                **Unknown**

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Unknown** | | **$0.00** | **$0.00** |

None
☐

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Unknown** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **USA v. Ashcraft  Case No. 1:13-cr-00093-SSB-1** | | **U.S. District Court Southern District of Ohio** | |
| **Wellington v. Ashcraft, et al. Case No. A130392** | | **Hamilton County Court of Common Pleas** | |
| **Goering v. French Manor, et al.  Case No. A1304124** | | **Hamilton County Court of Common Pleas** | |
| **Blythe v. Ashcraft, et al.  Case No. A1301255** | | **Hamilton County Court of Common Pleas** | |
| **Blum v. Ashcraft, et al. Case No. A1305263** | | **Hamilton County Court of Common Pleas** | |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kunkemoeller v. Ashcraft, et al. Case No. A1303450** | | **Hamilton County Court of Common Pleas** | |
| **Moreland v. Aschcraft, et al. Case No. 2013CVH01282** | | **Clermont County Court of Common Pleas** | |
| **Blythe v. Ashcraft, et al. Case No. 2013CVH01207** | | **Clermont County Court of Common Pleas** | |
| **Gilbert v. Ashcraft, et al. Case No. 2013CVH0078** | | **Clermont County Court of Common Pleas** | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Unknown** | | |

---

**6. Assignments and receiverships**

None ☐    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Unknown** | | |

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Unknown** | | | |

B7 (Official Form 7) (04/13)
4

---

### 7.  Gifts

None  ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Unknown | | | |

---

### 8.  Losses

None  ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| Unknown | | |

---

### 9.  Payments related to debt counseling or bankruptcy

None  ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Unknown | | |

---

### 10.  Other transfers

None  ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Unknown | | Unknown |
| Lawrence (Larry) Maglin 3416 Beechwood Blvd. Pittsburgh, PA 15217 | 5/24/2013 | 1651 Fellsmere Lane - $311,710.00 |
| Lawrence (Larry) Maglin 3416 Beechwood Blvd. Pittsburgh, PA 15217 | 5/24/2013 | 4052 McFarran Avenue - $311,710.00 |
| Lawrence (Larry) Maglin 3416 Beechwood Blvd. Pittsburgh, PA 15217 | 5/24/2013 | 1175 Bruce Avenue - $311,710.00 |

B7 (Official Form 7) (04/13)

5

None □    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Unknown** | | **Unknown** |

---

**11. Closed financial accounts**

None □    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Unknown** | | |

---

**12. Safe deposit boxes**

None □    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Unknown** | | | |

---

**13. Setoffs**

None □    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Unknown** | | |

---

**14. Property held for another person**

None □    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Unknown** | **Unknown** | **Unknown** |

B7 (Official Form 7) (04/13)
6

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Unknown** | **Unknown** | |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

B7 (Official Form 7) (04/13)

7

### 18 . Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **French Manor Properties, LLC** | **27-1919759** | **822 Dorgene Lane Cincinnati, OH 45244** | | |
| **DogZone, LLC** | | | | |
| **MeyCraft, LLC** | | | | |
| **CoCraft, LLC** | | | | |
| **The 6 Degree Group** | | | | |
| **French Manor Properties of DFW, LLC** | | | | |
| **UNKNOWN** | | | | |

None 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Unknown** | **Unknown** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| **Unknown** | | **Unknown** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Unknown** | |
| **Unknown** | |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Unknown** | **Unknown** |

---

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| **Unknown** | **Unknown** | **Unknown** |

None
☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **Unknown** | **Unknown** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Brenda Aschcraft** | | |

---

### 22 . Former partners, officers, directors and shareholders

None
☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| **Unknown** | | |

B7 (Official Form 7) (04/13)

9

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Unknown** | | |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Unknown** | **Unknown** | **Unknown** |
| **Unknown** | | |

---

### 24. Tax Consolidation Group.

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Unknown** | **Unknown** |

---

### 25. Pension Funds.

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Unknown** | **Unknown** |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

### ***Subject to "Global Notes" attached hereto**

Date   <u>December  5, 2013</u>     Signature   <u>**/s/ George Leicht**</u>

                                                  **George Leicht**
                                                  **Chapter 7 Trustee**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Southern District of Ohio, Western Division

In re   **French Manor Properties, LLC**                                      Case No.   **13-13960**
                                                    Debtor(s)          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chapter 7 Trustee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

### ***Subject to "Global Notes" attached hereto**

Date:   **December  5, 2013**                  **/s/ George Leicht**
                                               **George Leicht/Chapter 7 Trustee**
                                               Signer/Title

<u>LBR Form 1015-2</u>                                                                    Case No.   13-13960

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

Please check the appropriate box(es) with respect to each of the following items and state the required information in the space below, adding an additional page if necessary:

If any previous bankruptcy of any kind was filed in any court within the last eight (8) years by or against this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth 1) the name of the debtor, 2) case number, 3) date filed, 4) chapter filed under, 5) district and division where the case is or was pending, 6) current status of the case, 7) whether a discharge was granted, denied, or revoked, 8) any real estate in the case and 9) judge assigned to the case.  If the prior case was a case under chapter 13 which was confirmed, paid out and discharged, and the current case is a chapter 7 case, the debtor shall disclose the percentage paid to unsecured creditors in the chapter 13 case.

- ☐ This debtor (identical individual, including DBAs, FDBAs)
- ☐ This debtor (identical business entity)
- ☐ Spouse of this debtor
- ☐ Former spouse of debtor
- ☐ Corporation/LLC if this debtor is or was a major shareholder/member of the corporation/LLC
- ☑ Major shareholder of this debtor (if this debtor is a corporation)
- ☐ Affiliate(s) of this debtor (see §101(2) of the Code)
- ☐ Partnership, if this debtor is or was a general partner in the partnership
- ☐ General partner of this debtor (if this debtor is a partnership)
- ☐ General partner of this debtor (if this debtor is or was another general partner therewith)
- ☑ Entity with which this debtor has substantial identity of financial interests or assets
- ☐ Involuntary

**Dogzone, LLC - Case No. 13-13638 - Filed 8/2/2013 - Dismissed 9/26/2013**
**Brenda S. Ashcraft - Case No. 13-14859 (being Jointly Administered with this case) - Filed 10/22/2013 (Involuntary)**

- ☐ NONE OF THE ABOVE APPLY

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
***Subject to "Global Notes" attached hereto**

Dated:   **December  5, 2013**                          **/s/ George Leicht**

                                                        **George Leicht/Chapter 7 Trustee**
                                                        DEBTOR/TITLE