UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In the matter of:
   French Manor Properties, LLC[1]      Case No. 13-13960
   Brenda Ashcraft

                                 Debtors       Chapter 7
                                                         Judge Buchanan

**CHAPTER 7 TRUSTEE'S MOTION TO ALLOW CLAIMS AS FILED AND
NOTICE OF INSUFFICIENT FUNDS TO PAY CERTAIN CLAIMS**

      Pursuant to 11 U.S.C. §105(a) and Rules 3001, 3007 and 3009 of the Federal Rules of Bankruptcy Procedure George Leicht, the Chapter 7 trustee in this case, respectfully moves this Court for an order allowing certain claims, as filed in Case No. 13-13960 and Case No. 13-14859 and to give notice of the non-payment of the allowed claims based upon current and projected funds to be distributed in each case.

**CLAIMS FILED IN CASE NO. 13-13960 (FRENCH MANOR PROPERTIES LLC)**

The Trustee requests the following claims will be allowed, as filed:

      **Claim No. 8** filed by American Express Bank FSB, c/o Becket & Lee LLP PO Box 3001, Malvern PA 19355-0701 on January 8, 2014 in the amount of $1,590.16.

      **Claim No. 17** (SPLIT CLAIM) filed by the Ohio Jobs and Family Services, Revenue Recovery & Litigation PO Box 182404, Columbus, OH 43218-2404 on March 26, 2014 and amended April 8, 2015 in the $395.09 of which $234.23 is a priority claim.

      **Claim No. 18** filed by Gregory and Marie Richards, 8143 Ashgrove Drive, Cincinnati, OH 45244 in the amount of $81,90700.

      **Claim No. 19** filed by Shannon Ellis Anderson 3704 General Bradley Street, NE, Albuquerque NM 87111 on April 10, 2017 in the amount of $21,463.00.

---
[1] Pursuant to an Order directing Joint Administration of Debtors' Chapter 7 Cases French Manor Properties LLC (Case No. 13-13960) and Brenda Ashcraft (Case No. 13-14859) Doc. No. 14.

**Claim No. 20** filed by Bryan and Michelle Blythe, 792 Mockingbird Court, Keller TX 76248 on April 10, 2017 in the amount of $346,649.00.

**Claim No. 22** filed by Sharmini Shanker, 4529 River Thames Way, Mason, OH 45040 on May 12, 2017 in the amount of $290,100.00.

### CLAIMS FILED IN CASE NO. 13-14859 (BRENDA ASHCRAFT)

The Trustee request the following Proofs of Claim will be allowed subject to available funds.

**Claim No. 5** filed by American Express Bank FSB, c/o Becket & Lee LLP PO Box 3001, Malvern PA 19355-0701 on January 8, 2014 in the amount of $2,309.32. At the time of filing this motion no funds are available for payment of this claim.

**Claim No. 6** filed by American Express Centurion Bank c/o Becket & Lee LLP PO Box 3001, Malvern PA 19355-0701 on January 8, 2014 in the amount of $57,372.57. At the time of filing this motion no funds are available for payment of this claim.

**Claim No. 7** filed by American Express Centurion Bank c/o Becket & Lee LLP PO Box 3001, Malvern PA 19355-0701 on January 8, 2014 in the amount of $2,496.06. At the time of filing this motion no funds are available for payment of this claim.

**Claim No. 20** filed by the Internal Revenue Service PO Box 7346, Philadelphia PA 19101-7346 on July 31, 2017 in the amount of $114,1853.53. At the time of filing this motion no funds are available for payment of this claim.

The trustee's memorandum in support of this motion is attached.

/s/ George Leicht
George Leicht, Ohio Reg. 0019698
Chapter 7 Trustee
PO Box 602
Batavia OH , 45103-0602
(Tel.) 513.734.4848
email  gpl@fuse.net

**MEMORANDUM IN SUPPORT OF APPLICATION**

**JURISDICTION**

1. This Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper in this District pursuant to 28 USC. § 1408 and 1409. The subject matter of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). This motion is filed pursuant to sections 105(a) and Rules 3001, 3007 and 3009 of the Federal Rules of Bankruptcy Procedure.

**BACKGROUND**

2. On August 21,2013, an involuntary bankruptcy petition was filed against the debtor, French Manor Properties, LLC ("French Manor"), for relief under chapter 7 of the Bankruptcy Code (Case No. 13-13960.) Subsequently on October 22, 2013, an involuntary bankruptcy petition was filed against the Brenda Ashcraft ("Ashcraft") for relief under Chapter 7 of the Bankruptcy Code under Case No. 13-14859. Orders for relief were entered in both cases and George Leicht was appointed as the Chapter 7 Trustee is both cases.

3. On October 31, 2013 an Order was entered pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure directing joint administration of the cases (Doc 81). [2]

4. In the opinion of the trustee, Ashcraft operated French Manor Properties as a fraudulent enterprise. Individuals ("Investors") were induced to buy interests in fake real estate investment trusts (REITS) with the promise by Ashcraft and/or French Manor of substantial short term returns on their investment. In fact, the funds paid to French Manor were used to pay earlier Investors and Ashcraft's personal expenses. Ashcraft subsequently plead guilty to wire fraud, money laundering, and securities fraud in violation of 18 USC §§ 1343, 1957 and 15 USC §78.

5 The trustee has attempted to recover, for the benefit of the creditors of each estate, funds which would permit payment of a dividend.   To date:

---

[2] Rule 1015 provides for Joint Administration of cases involving two or more related debtors, however, each case is administered separately including dividend distributions.

a. In case number 13-13960 (French Manor) the Trustee has recovered, pursuant to 11 U.S.C. §§544 and 548, approximately $700,000.00 from investors who received funds from French Manor in excess of their investment in the Ponzi scheme.

b. In case number 13-14859 (Brenda Ashcraft) no funds were recovered as the debtor owned no property upon which recovery could be made.[3]

**RELIEF REQUESTED**

6. The Trustee intends to seek approval of an interim distribution to creditors holding allowed claims within the next 90 days. The bar date for filing claims tolled on May 12, 2017 (Doc. No. 322)

7. Twenty three claims have been timely filed in Case 13-13960 (French Manor) of which seventeen claims have been withdrawn, denied or otherwise settled and allowed by orders dated April 26 through May 16, 2017 (document numbers 331 through 341, 355 and 357). Twenty claims have been filed in Case No. 13-14859 (Ashcraft) of which eleven claims have been withdrawn or allowed under case number 13-13960. (*ibid*).

8. In case number 13-13960 (French Manor) the Trustee has examined claims filed by American Express (Claim 8) Ohio Job and Family Services (claim 17) and has verified the amounts due. The Trustee has also examined claims filed Gregory and Marie Richards (Claim 18), Shannon Ellis Anderson (Claim 19), Bryan and Michelle Blythe (Claim 20) and Sharmini Shanker (Claim 22) and have verified the amount of loss via French Manor bank accounts and/or correlation with the losses calculated by the Federal Bureau of Investigation. The Trustee believes these claim arise directly for the operations of French Manor Properties, LLC.

9. In case number 13-14859 (Ashcraft) the Trustee has examined claims filed by American Express (claim numbers 5, 6, and 7) and the Internal Revenue Service (claim number 20). The Trustee believes these claims should be allowed in this

---

[3] Brenda Ashcraft's residence was never titled in her name. Her motor vehicle was titled in her husband's name. Bank accounts in the name of the debtor had nominal balances at the time of the bankruptcy petition, The Trustee recovered from various banks payments on the mortgage and vehicle loans on the basis that the installments were paid from French Manor funds.

case for the reason that these debts were incurred by Brenda Ashcraft and are unrelated to the operation of French Manor Properties LLC.   Presently no funds exist for the payment of claims in case number 13-14859.   Based upon the Trustee's investigation it is unlikely and funds will be recovered as Brenda Ashcraft remains incarcerated for the next several years.

     **WHEREFORE** the Trustee prays for an order, substantially in the form attached hereto as EXHIBIT A allowing the above claims.

/s/ *George Leicht*
George Leicht, Ohio Reg. 0019698
Attorney for  Chapter 7 Trustee

# FORM 20A NOTICE OF MOTION OF TRUSTEE

George Leicht, Chapter 7 Trustee in the above captioned case has filed **a Chapter 7 Trustee's Motion to Allow Claims as Filed and Notice of Insufficient Funds to Pay Certain Claims.**

Your Rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case,
(If you do not have an attorney, you may wish to consult one.)
If you do not want the court to grant the relief requested in the motion (or objection) then on or before 21 days from the date of service stated below, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of U.S. Bankruptcy Court, Atrium Two, Suite 800, 221 East Fourth Street, Cincinnati, Ohio 45202 the OR your attorney must file a response using the Court's ECF System.
The Court must receive the response on or before the date above.
You must also send a copy of your response either by 1) the Court's CEF System or by regular U.S. Mail to

- George Leicht, Chapter 7 Trustee, PO BOX 602 Batavia, OH  45103-0602
- Office of the U.S. Trustee, Suite 2030 URS Building, 36 E. Seventh Street, Cincinnati, OH 45202
- To the Debtors attorney

If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the motion and enter an order granting that relief.

**DATE OF SERVICE  January 8, 2018**

*/s/ George Leicht*
George Leicht, Ohio Reg. 0019698
Attorney for  Chapter 7 Trustee

**EXHIBIT A PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In the matter of:
   French Manor Properties, LLC[4]　　　　　　Case No. 13-13960
   Brenda Ashcraft

                                    Chapter 7
                      Debtors     Judge Buchanan
                                    Doc. No _____

**CHAPTER 7 TRUSTEE'S MOTION TO ALLOW CLAIMS AS FILED AND
NOTICE OF INSUFFICIENT FUNDS TO PAY CERTAIN CLAIMS**

This matter is before the Court upon the Trustee's Motion filed _____ (Doc. No. _____) for an order allowing certain proofs of claim filed in Case No. 13-13960 and Case No. 13-14859 and notice of insufficient funds to pay certain claims (the "Motion")

The Court finds that a copy of the Motion was served pursuant to LBR 9013-3 with the notice required by LBR 9013-1(a). The Court finds that no response has been field and no adverse interest shown and therefore the Motion is approved

**NOW THEREFORE IT IS HEREBY ORDERD:**

a. The Motion is granted in its entirety.
b. The following claims are allowed in Case No. 13-13960

   **Claim No. 8** filed by American Express Bank FSB,

   **Claim No. 17** filed by the Ohio Jobs and Family Services

   **Claim No. 18** filed by Gregory and Marie Richards,

   **Claim No. 19** filed by Shannon Ellis Anderson

   **Claim No. 20** filed by Bryan and Michelle Blythe

   **Claim No. 22** filed by Sharmini Shanker

---

[4] Pursuant to an Order directing Joint Administration of Debtors' Chapter 7 Cases French Manor Properties LLC (Case No. 13-13960) and Brenda Ashcraft (Case No. 13-14859) Doc. No. 14.

c. The following claims are allowed in Case No. 13-14859 and will not be paid from funds accrued in the estate of French Manor Properties LLC (Case No 13-13960)

**Claim No. 5** filed by American Express Bank FSB,

**Claim No. 6 and Claim No. 7** filed by American Express Centurion Bank

**Claim No. 20** filed by the Internal Revenue Service

**IT IS SO ORDERED**

# # #

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: French Manor Properties LLC & Brenda Ashcraft<br>Jointly Administered | CASE NO: 13-13960<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/8/2018, I did cause a copy of the following documents, described below,

CHAPTER 7 TRUSTEE'S MOTION TO ALLOW CLAIMS AS FILED AND NOTICE OF INSUFFICIENT FUNDS TO PAY CERTAIN CLAIMS          ,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 1/8/2018

/s/ George Leicht
George Leicht  0019698
George Leicht Trustee Case No 13-13960
PO Box 602
Batavia, OH  45106
513 734 4848
gpl@fuse.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: French Manor Properties LLC & Brenda Ashcraft Jointly Administered | CASE NO: 13-13960 **CERTIFICATE OF SERVICE DECLARATION OF MAILING** Chapter: 7 ECF Docket Reference No. Judge: Hearing Location: Hearing Date: Hearing Time: Response Date: |

On 1/8/2018, a copy of the following documents, described below,

CHAPTER 7 TRUSTEE'S MOTION TO ALLOW CLAIMS AS FILED AND NOTICE OF INSUFFICIENT FUNDS TO PAY CERTAIN CLAIMS ,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/8/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George Leicht Trustee Case No 13-13960
George Leicht
PO Box 602
Batavia, OH 45106

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 1 AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 2 AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 3 BRENDA ASHCRAFT  71560-061<br>FMC LEXINGTON/FEDERAL MEDICAL CENTER<br>PO BOX 14500<br>LEXINGTON KY 40512 |
| 4 SHAWN BAKER AND HOLLY BAKER<br>1320 BEDFORDSHIRE DRIVE<br>LOVELAND OH 45104 | 5 DUANE BEBOUT<br>70400 AXP FINANCIAL CENTER<br>MINNEAPOLIS MN 55474-0001 | 6 JOSEPH BICKLEY<br>C/O PATRICIA B. FUGÉE<br>FISHER BROYLES<br>600 SUPERIOR AVENUE EAST<br>FIFTH THIRD BUILDING SUITE 1300<br>CLEVELAND OHIO 44114 |
| 7 KAREN BICKLEY<br>C/O PATRICIA B. FUGÉE<br>FISHER BROYLES<br>600 SUPERIOR AVENUE EAST<br>FIFTH THIRD BUILDING SUITE 1300<br>CLEVELAND OHIO 44114 | 8 CHARLES BLACK<br>5893 THORNY RIDGE<br>MILFORD OH 45150 | 9 BRUCE R. BLUM<br>8560 ST. IVES PLACE<br>CINCINNATI OH 45255 |
| 10 BRIAN BLYTHE<br>MICHELLE BLYTHE<br>792 MOCKINGBIRD CT.<br>KELLER TX 76248-2970 | 11 STANLEY BLYTHE AND DIANE BLYTHE<br>1105 EMERALD COURT<br>COLLEYVILLE TX 76034 | 12 MICHAEL AND JENNIFER BLYTHE<br>7660 BRIDLEWOOD CT<br>NORTH RICHLAND HILLS TX 76182-7342 |
| 13 BRETT BOWMAN<br>2251 TEARDROP AVENUE<br>COLUMBUS OH 43235-7172\| | 14 JAMES BREADY<br>1352 TEAKWOOD AVENUE<br>CINCINNATI OH 42554 | 15 MICHELLE BYERS<br>5792 SPRINGVIEW CIRCLE<br>MASON OH 45040-2592\| |
| 16 CHRISTINA CAMPBELL<br>670 BOSTWICH COURT<br>CINCINNATI OH 45244-1747\| | 17 MITCH CANON<br>812 QUARTERHORSE  CT<br>LEXINGTON KY 40503-5459\| | 18 MARK COHEN \|<br>3965 MARBLE RIDGE LANE<br>MASON OH 45040-2892\| |
| 19 JOSPEH J. DEHNER ESQ.<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202-4152 | 20 JACK DOLAN<br>C/O HENRY E. MENNINGER JR<br>SUITE 2500<br>600 VINE STREET<br>CINCINNATI OH 45202 | 21 JOSEPH DUBOIS<br>VALERIE DUBOIS<br>3300 PINE STREET<br>NEWTOWN OH  45244 |
| 22 DAVID ENGLEHARDT<br>P O BOX 495<br>WILLIAMSBURG OH 45176-0495\| | 23 SHANNON ANDERSON ELLIS<br>3704 GENERAL BRADLEY ST NE<br>ALBURQUERQUE NM 87111 | 24 ENTRUST FREEDOM<br>C/O PATRICIA B. FUGÉE<br>FISHER BROYLES<br>600 SUPERIOR AVENUE EAST SUITE 1300<br>CLEVELAND OHIO 44114 |
| 25 MICHAEL FINK<br>581 WALNUT GROVE LN.<br>LEXINGTON KY 40509-9757 | 26 THEODORE J. FRONCEK ESQ.<br>OLDE SYCAMORE SQUARE<br>1208 SYCAMORE STREET<br>CINCINNATI OH 45202-7321 | 27 MELINDA GIGLIO AND DAVID GIGLIO<br>7875 BLAIRHOUSE DRIVE<br>CINCINNATI OH 45244-2811 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 28 JOHN GILBERT<br>7549 HUNTERS TRAIL<br>WEST CHESTER OH 45069 | 29 ROBERT J. GILBERT \|FAITH GILBERT<br>7590 TYLERS VALLEY DRIVE<br>WEST CHESTER OH 45069 | 30 GREGORY GROMEK AMD  MARIBETH GROMEK<br>3735 REDTHORNE DRIVE<br>AMELIA OH 45102-1229 |
| 31 JOHN GUILFOYLE<br>10120 STURGEON LN<br>CINCINNATI OH 45251 1735 | 32 DAVID L. HALL<br>DEBRA HALL<br>675 BOSTWICK CT.<br>CINCINNATI OH 45244-1745\| | 33 KIMBERLY HAMILTON<br>8451 WHIPPORWILL DRIVE<br>APT E\|<br>INDIANAPOLIS IN 46256-3755 |
| 34 LYNN HELQUIST<br>1230 PUERTA DEL SOL<br>SAN CLEMENTE CA 92673-6310 | 35 BOB HOGEBACK<br>3130 COMPTON RD<br>CINCINNATI OH 45251 | 36 INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA  19101-7346\| |
| 37 D. PATRICK MULLARKEY<br>TAX DIVISION (DOJ)<br>PO BOX 55  BEN FRANKLIN STATION<br>WASHINGTON DC20044 | 38 DOUGLAS JENKINS<br>LISA JENKINS<br>C/O JOSEPH MANCANO<br>123 AVENUE OF THE ARTS<br>PHILADELPHIA PA 19109 | 39 JENNTARA<br>C/O PATRICK BURNS ESQ.<br>SUITE 1900<br>225 EAST FIFTH STREET<br>CINCINNATI OH 45202 |
| 40 MICHAEL JOHNSON<br>2911 ESTERS RD.<br>APT. 1413<br>IRVING TX 75062-7781 | 41 DAVID JOSHUA<br>5739 BUCKTOWN ROAD<br>WILLIAMSBURG OH 45176-9513\| | 42 KRISTIE KELLERMAN<br>3562 W. LEGENDARY RUN<br>CINCINNATI OH 45245-3318 |
| 43 MICHAEL KELLERMAN<br>231 WEST 4TH ST<br>APT. 801A<br>CINCINNATI OH 45202-2626 | 44 DON KEYS<br>6904 MT. VERNON AVE.<br>CINCINNATI OH 45227-4422 | 45 STEVE KOUNKLES<br>3599 TACOMA AVE<br>TACOMA WA 98418 |
| 46 STEVE KUNKELMOELLER<br>838 REEDY STREET<br>CINCINNATI OH 45202-2216\| | 47 DAN KUNKEMOELLER<br>839 REEDY STREET<br>CINCINNATI OH 45202 | 48 LAWRENCE (LARRY) MAGLIN<br>3416 BEECHWOOD BLVD<br>PITTSBURGH PA 15217-2963 |
| 49 JASON MCCAIN AND KIM MCCAIN\|<br>818 DORGENE LANE<br>CINCINNATI OH 45244-5030 | 50 BRIAN MCGINTY<br>ALICIA MCGINTY<br>2211 TREMONT<br>COLUMBUS OH 43221-4240 | 51 PATRICK MAUE<br>GAIL MAUE<br>5091 EAGLES VIEW<br>CINCINNATI OH 45244-5029 |
| 52 KYLE AND AMBER MAYNOR<br>C/O KATHLEEN MEZHER ESQ.<br>8075 BEECHMONT AVENUE<br>CINCINNATI OH 45255 | 53 JOHN MEDERER<br>6639 FOSTER AVE<br>CINCINNATI OH 45230 2834 | 54 JEFFREY MEYTHALER<br>7475 W. 5TH AVE. #220<br>DENVER CO 80226-1674\| |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 55 MIAMI VALLEY CHRISTIAN ACADEMY<br>C/O SEAN DONOVAN ESQ.<br>STAGNARO SABA & PATTERSON<br>2623 ERIE AVE<br>CINCINNATI OH 45208 | 56 CHARLES M. MILLER ESQ.<br>ONE EAST 4TH ST. SUITE 1400<br>CINCINNATI OH 45202-3708| | 57 JOSEPH P. MORELAND<br>664 TOURNAMENT DRIVE<br>CINCINNATI OH 45230 |
| 58 PENNY MOORE<br>2911 NORTH STATE ROUTE 72<br>SABINA OH 45169-9119| | 59 SANDRA A. MORELAND<br>664 TOURNAMENT DRIVE<br>CINCINNATI OH 45230 | 60 PATRICK J. NEWTON ESQ.<br>STEPHEN E. SCHILLING ESQ<br>150 E. FOURTH STREET<br>CINCINNATI OH 45202-4181 |
| 61 OHIO DEPARTMENT OF JOB AND FAMILY SERVICES<br>REVENUE RECOVERY LITIGATION<br>PO BOX 182404<br>COLUMBUS OH 43218-2404 | 62 MICHAEL OSBORNE<br>10767 GENEAGLE DRIVE<br>UNION KY 41091-7709 | 63 RICHARD PATTERSON<br>C/O PATRICIA B. FUGÉE<br>FISHER BROYLES<br>600 SUPERIOR AVENUE EAST<br>FIFTH THIRD BUILDING SUITE 1300<br>CLEVELAND OHIO 44114 |
| 64 ROGER PFEFFENBERGER<br>C/O PATRICIA B. FUGÉE<br>FISHER BROYLES<br>600 SUPERIOR AVENUE EAST<br>FIFTH THIRD BUILDING SUITE 1300<br>CLEVELAND OHIO 44114 | 65 TODD A. PHILLIPS<br>STEPHANIE M. PHILLIP<br>760 MENDON HILL LN<br>CINCINNATI OH 45244-5023 | 66 BARBARA PUGH<br>8463 POLLUX CT.<br>CINCINNATI OH 45231-4132 |
| 67 MARY RAY<br>2605 GOGGIN LN<br>DANVILLE KY 40422-9372| | 68 RED IGNITION LLC<br>839 REEDY STREET<br>CINCINNATI OH 45202| | 69 THOMAS A. RHODENBAUGH<br>MIA P. RHODENBAUGH<br>8280 BRILL RD.<br>CINCINNATI OH 45243-3936 |
| 70 GLEN RICE<br>3704 GENERAL BRADLEY STREET NE<br>ALBUQUERQUE NM 87111-3264 | 71 GREGORY H. RICHARDS AND<br>MARIE A. RICHARDS<br>8143 ASHGROVE DRIVE<br>CINCINNATI OH 45244-2703 | 72 LORI ROBSON<br>6229 FAIRWAY DRIVE<br>MASON OH 45040 |
| 73 WALTER SCAMEHORN<br>DOVE REALTY<br>2633 LOUISE STREET W.<br>UNIVERSITY PLACE WA 98466 | 74 SHARMINI SHANKER<br>4529 RIVER THAMSES WAY<br>MASON OH 45040 | 75 JOAN SMILEY<br>3721 ASHWORTH DRIVE<br>CINCINNATI OH 45208 |
| 76 DEBRA SMITH<br>3667 EATON RD.<br>HAMILTON OH 45013-9732| | 77 JEREMY R. STARLINE<br>4145 S. GENSEN LOOP<br>CINCINNATI OH 45245-7009 | 78 WAYNE SMILEY<br>6096 COUNTRY HILLS<br>CINCINNATI OH 45233-1730| |
| 79 BRUCE STAMBAUGH<br>3845 VINEYARD GREEN DRIVE<br>CINCINNATI OH 45255-5635| | 80 GARY STEIER AND MARTHA STEIER<br>7865 HARTFORD HILL LANE<br>CINCINNATI OH 45242-4345| | 81 CINDY A. SWINNEY<br>7357 OVERLAND PARK COURT<br>WEST CHESTER OH 45069-5561 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

82 ROBERT J. THUMANN
1206 RACE ST
CINCINNATI OH 45202-7109

83 TERESA THOMAS
8026 PINNACLE POINT DRIVE
#202
WEST CHESTER OH 45069-9058

84 TRIATHLON ACQUISITIONS LLC
C/O PATRICIA B. FUGÉE
FISHER BROYLES
600 SUPERIOR AVENUE EAST
FIFTH THIRD BUILDING SUITE 1300
CLEVELAND OHIO 44114

85 TRYED STONE NEW BEGINNING CHURCH
5550 READING ROAD
CINCINNATI OH 45237-5344

86 M BRUCE VANDYKE
2213 SILKTREE CT
LEXINGTON KY 40513-1326

87 WELLS FARGO BANK NA
C/O CSC LAWYERS INCORP. SER
50 WEST BROAD STREET SUITE 1800
COLUMBUS OH 43215-5910

88 ED & KAREN WICHTA
5820 BLUE SPRUCE LANE  #1
CINCINNATI OH 45224-2870|

89 ROGER WILLIAMS
C/O PATRIC BURNS ESQ.
SUITE 1900
225 EAST FIFTH STREET
CINCINNATI OH 45202

90 TERESA WELLINGTON
4171 CANNON GATE DRIVE
CINCINNATI OH 45245-1611

91 KAREN AND ED WICHTA
5820 BLUE SPRUCE LANCE
APT. 1
CINCINNATI OH 45224-2870

92 WILLIAM H. WOOD
CARLA R. WOOD
8750 ALBERLY LANE
CINCINNATI OH 45243

93 ROBERT ZIMMERMAN ESQ.
FIRST FINANCIAL CENTER
255 EAST FIFTH STREET
CINCINNATI OH 45202-4700