**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 13-13960 | | Trustee Name: | George Leicht |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| For the Period Ending: | 12/31/2019 | | §341(a) Meeting Date: | 10/15/2013 |
| | | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | unknown | Unknown | $0.00 | | $0.00 | FA |
| 2 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 3 | Chase Account ending 0150 | Unknown | $0.00 | | $0.00 | FA |
| 4 | Fifth Third bank account | Unknown | $0.00 | | $0.00 | FA |
| 5 | US Bank Account ending 8253 | Unknown | $0.00 | | $0.00 | FA |
| 6 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 7 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 8 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 9 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 10 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 11 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 12 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 13 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 14 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 15 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 16 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 17 | Dogzone, LLC (ownership percentage believed to be 51% based on Dogzone tax returns) | Unknown | $0.00 | | $0.00 | FA |
| 18 | MeyCraft, LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | trustee finished investigating asset, no value | | | | | |
| 19 | CoCraft, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Case was dismissed. | | | | | |
| 20 | The 6 Degree Group | Unknown | $0.00 | | $0.00 | FA |
| 21 | French Manor Properties of DFW, LLC | Unknown | $0.00 | | $0.00 | FA |
| 22 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 23 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 24 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 25 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 26 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-13960 | | | Trustee Name: | George Leicht |
|---|---|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 10/15/2013 |
| | | | | Claims Bar Date: | 01/13/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 28 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 29 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 30 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 31 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 32 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 33 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 34 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 35 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 36 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 37 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 38 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 39 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 40 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 41 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 42 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 43 | UNKNOWN | Unknown | $0.00 | | $0.00 | FA |
| 44 | Any and all property seized by the government investigation of Debtor including 6 season tickets for the Cincinnati Reds | $0.00 | $0.00 | | $0.00 | FA |
| | Asset Notes:   Liquidated by DOJ--no value to the estate | | | | | |
| 45 | Settlement of Fraudulent Transfer with Quinlan (u) | $0.00 | $9,944.80 | | $9,944.80 | FA |
| | Asset Notes:   Settlement of Adversary Case No. 15-01051 | | | | | |
| 46 | Settlement of Fraudulent Transfer with Debra Hall (u) | $0.00 | $2,800.00 | | $2,800.00 | FA |
| | Asset Notes:   Settlment of Adversary Case No. 15-0006 | | | | | |
| 47 | Settlement of Fraudulent Transfer with Steier (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| | Asset Notes:   Settlement of Adversary Case 15-01055 | | | | | |
| 48 | Settlement of Fraudulent Transfer with Stambaugh (u) | $0.00 | $4,700.00 | | $4,700.00 | FA |
| | Asset Notes:   Settlement of Adversary Case 15-01055 | | | | | |

| Case No.: | 13-13960 | | | Trustee Name: | George Leicht |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 10/15/2013 |
| | | | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49  Settlement of Fraudulent Transfer with Giglio (u) | $0.00 | $24,900.00 | | $24,900.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-0005 | | | | | |
| 50  Settlement of Fraudulent Transfer Rhodenbaugh (u) | $0.00 | $213,051.00 | | $213,051.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-00012 | | | | | |
| 51  Settlement of Fraudulent Transfer with Phillips (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:** Settlement with Phillips. Settlement of Adversary Case 15-01050 | | | | | |
| 52  Settlement of Fraudulent Transfer with Wood (u) | $0.00 | $55,000.00 | | $55,000.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-00011 | | | | | |
| 53  Settlement of Fraudulent Transfer with Maue (u) | $0.00 | $14,781.00 | | $14,781.00 | FA |
| **Asset Notes:** Settlement with Maue | | | | | |
| 54  Settlement of Fraudulent Transfer with Wayne Steve Smiley (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 55  Settlement of Fraudulent Transfer with Henson (u) | $0.00 | $11,500.00 | | $11,500.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-01065 | | | | | |
| 56  Fraudulent Transfers (u) | $0.00 | $100.00 | | $0.00 | $100.00 |
| **Asset Notes:** Trustee pursuing several fraudulent transfers. At this time, values are subject to possible defenses. | | | | | |
| 57  Settlement of Fraudulent Transfer with Kellerman (u) | $0.00 | $85,000.00 | | $85,000.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-0007 | | | | | |
| 58  Settlement of Fraudulent Transfer with US Bank (u) | $0.00 | $38,502.66 | | $38,502.66 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-01053 | | | | | |
| 59  unknown refund from US Bank (u) | $0.00 | $68.45 | | $68.45 | FA |
| 60  Settlement of Fraudulent Transfer with Robson (u) | $0.00 | $44,000.00 | | $44,000.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-01052 | | | | | |
| 61  Settlement of Fraudulent Transfer with Joan Smiley (u) | $0.00 | $35,000.00 | | $35,000.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-01053 | | | | | |
| 62  Settlement of Fraudulent Transfer with Baker (u) | $0.00 | $32,000.00 | | $32,000.00 | FA |
| **Asset Notes:** Settlement of Adversary Case 15-0002 | | | | | |
| 63  Settlement of Fraudulent Transfer with 5/3 Bank (u) | $0.00 | $6,500.00 | | $6,500.00 | FA |

Case 1:13-bk-13960 Doc 437 Filed 01/08/20 Entered 01/08/20 10:33:40 Desc
Page 4 of 16
Page No: 4

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-13960 | | | Trustee Name: | George Leicht |
|---|---|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 10/15/2013 |
| | | | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 64  Settlement of Fraudulent Transfer-Scamehorn  (u) | $0.00 | $19,500.00 | | $19,500.00 | FA |
| 65  Settlement of Fraudulent Transfer with Miami Valley Christian Academy  (u) | $0.00 | $22,500.00 | | $22,500.00 | FA |
| Asset Notes: 4 payments received for Fraudulent Transfer | | | | | |
| 66  Settlement of Fraudulent Transfer with Patterson, J. Bickley, K. Bickley (now White), Pfeiffenberger, Triathlon (properties and acquisitions)  (u) | $0.00 | $144,980.00 | | $144,980.00 | FA |
| Asset Notes: $111,151.00 will be received in cash plus a mortgage (time payment of $33,829.00) before 10/31/2018 | | | | | |
| 67  Settlement of Fraudulent Transfer with Douglas and Lisa Jenkins  (u) | $0.00 | $13,900.00 | | $13,900.00 | FA |
| Asset Notes: FMP vs. Jenkins, Adversary Case 15-01062 | | | | | |
| 68  Global/Mark Cohen  (u) | $0.00 | $80,000.00 | | $0.00 | $80,000.00 |
| Asset Notes: Transferee will make payments over one year. | | | | | |
| 69  JennTara/Williams  (u) | $0.00 | $50,000.00 | | $0.00 | $50,000.00 |
| Asset Notes: Negotiation on settlement ongoing. | | | | | |
| **TOTALS (Excluding unknown value)** | **$0.00** | **$948,727.91** | | **$818,627.91** | **Gross Value of Remaining Assets** **$130,100.00** |

**Major Activities affecting case closing:**

11/15/2019  Two remaining adversary actions under 548.
Cohen 15-01060 has been settled and forwarded settlement agreement to Wm. Fecher for approval   NOTE agreement will require montlhly payments to Dec 2020. Williams 15-01062 presently in discussions with Sam Gilly (William's new attorney) regarding settlement.

FORM 1
Page No: 5
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 13-13960 | | | Trustee Name: | George Leicht |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 10/15/2013 |
| | | | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 12/31/2018 | re: Schedule B explained (unknown values)<br>French Manor Properties LLC (FMP) was filed as an involuntary case on Aug 21, 2013   The creditors who filed the case had no knowledge of any of FMP's assets and did not file schedules.<br><br>After a short investigation it was determined that FMP was a Ponzi scheme.  The sole member of FMP was Brenda Ashcraft who refused to cooperate and provide information.  After filing subpoenas for the known FMP bank accounts (based upon checks received by the Ponzi victims)   I determined that FMP had no physical or hard assets.<br><br>The bank accounts had no funds or were closed pre-petition.  DogZone had no value (it went bankrupt), MayCraft,  CoCraft,  6 Degree  and FMP of DFW had no value.  After the dust settled I determined that FMP had no other assets as it was a true Ponzi scheme.   I filed an initial report in schedule A and B showing unknown values and  later changing my estimate to $0  . I though CoCraft might be a vehicle for recovery of funds  based upon joint and several liability (the LLC was created by Ashcraft and Mark Cohen), however, that proved to be a dead end..   There is a pending adversary case against Mr. Cohen which is currently valued at $50K |
| 11/06/2018 | Filed Motion for Partial Summary Judgement to have FMP declared a Ponzi scheme under Misc. Proceeding 18-0101 against Cohen/Global and Williams/Jenntara |
| 12/20/2017 | All but three of 544 and 548 actions are settled.   Continuing Discovery on 15-01063 and 15-01059.   Now attempting to resolve remaining Proofs of Claim. |
| 11/27/2017 | Motion for 2004 JP Morgan/Chase |
| 11/29/2016 | Order Setting Status Conference (RE: related document(s)1 Complaint filed by Plaintiff George Leicht). Status hearing to be held on 1/18/2017 at 02:30 PM Judge Buchanan Courtroom 1 for 1, (1nb) (Entered: 11/29/2016) |
| 11/28/2016 | Tolling Agreements , extending the deadline for Patricia Fugee's clients, 60 days. |
| 12/31/2015 | Trustee pursuing approximately 20 fraudulent transfers.  At this time, values are unknown because of potential defenses.   NOTE - proceeds of  individual recoveries of fraudulent transfers has been redacted pursuant to Order of the Court on Sept 11, 2015 (Doc No. 259) to facilitate settlement of the remaining adversary actions |
| 11/30/2015 | report to court 13 cases settled, one dismissed. two pending settlements.  11 cases will be up with tolling agreements within 60 days.   Commenced negotiations with tolled cases |
| 08/31/2015 | Filed 31 tolling agreements and adversary complaints for recovery of funds |
| 07/23/2015 | Continue 2004 exams, drafting adversary complaints and tolling agreements |
| 05/29/2015 | File 2004 exams to verify "net winners" in Ponzi to prepare for adversary filings (25 motions) |
| 02/18/2015 | Continue to trace funds from 5/3 Bank, Chase and US Bank to find potential "net winners" in Ponzi,   Release of Bond from second involuntary |
| 11/21/2014 | Continue to trace funds via 5/3 and Chase FMP accounts  - continued discussion with atty for some investors regarding abandonment of three FMP properties transferred prior to bankruptcy filing. |
| 07/16/2014 | Possible source of funds - abandonment of three FMP properties that were transferred outside 90 day preference period - but have now gone to foreclosure. |
| 06/30/2014 | Reviewing 5/3 banks account statments  - 2010 to filing date  -continue to trace investor funds |
| 03/20/2014 | Attempting to reconstruct records of FMP  - subpoenas issued for AmExp, AT&T, 5/3 Bank, Chase Bank, US Bank, Chas Schwab, Equity Trust Co, Warsaw Fed. |
| 12/31/2013 | All values are unknown at this time.  This is an involuntary case.  The debtor refuses to cooperate and has provided no information to the Trustee.  The above information has been obtained from subpoenaed bank records.  Principal member of the debtor has been indicted in Federal Court SD Ohio. |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 13-13960 | | | Trustee Name: | George Leicht |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | | Date Filed (f) or Converted (c): | 08/21/2013 (f) |
| For the Period Ending: | 12/31/2019 | | | §341(a) Meeting Date: | 10/15/2013 |
| | | | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   12/31/2018           Current Projected Date Of Final Report (TFR):   12/31/2020

/s/ GEORGE LEICHT
GEORGE LEICHT

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 13-13960 | | Trustee Name: | George Leicht |
|---|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2015 | (45) | Kevin Quinlan | Settlement of Fraudulent Transfer with Quinlan | 1241-000 | $9,944.80 | | $9,944.80 |
| 09/29/2015 | (46) | Debra Hall | Settlement of Fraudulent Transfer with Debra Hall | 1241-000 | $2,800.00 | | $12,744.80 |
| 09/29/2015 | (47) | Gary Steier | Settlement of Fraudulent Transfer with Gary Steier | 1241-000 | $20,000.00 | | $32,744.80 |
| 10/08/2015 | (48) | Bruce Stambaugh | Settlement of Fraudulent Transfer with Stambaugh | 1241-000 | $4,700.00 | | $37,444.80 |
| 10/08/2015 | (49) | David and Mindy Giglio | Settlement of Fraudulent Transfer with Giglio | 1241-000 | $24,900.00 | | $62,344.80 |
| 10/13/2015 | (50) | Tom and Mia Rhodenbaugh | Settlement of Fraudulent with Transfer Rhodenbaugh | 1241-000 | $213,051.00 | | $275,395.80 |
| 10/20/2015 | (51) | Todd A. and Stephanie M. Phillips | Settlement of Fraudulent Transfer with Phillips | 1241-000 | $10,000.00 | | $285,395.80 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $276.24 | $285,119.56 |
| 11/05/2015 | (52) | Wood -Fifth Third Bank, Kentucky | Settlement of Fraudulent Transfer with Wood | 1241-000 | $55,000.00 | | $340,119.56 |
| 11/09/2015 | (53) | Patrick Maue or Gail Maue | Settlement on Fradulent Transfer with Maue | 1241-000 | $14,781.00 | | $354,900.56 |
| 11/16/2015 | (54) | Wayne Steve Smiley | Settlement on Fradulent Transfer with Wayne Steve Smiley | 1241-000 | $10,000.00 | | $364,900.56 |
| 11/17/2015 | (55) | Stephen W. Henson | Settlement of Fraudulent Transfer with Henson | 1241-000 | $11,500.00 | | $376,400.56 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $546.26 | $375,854.30 |
| 12/17/2015 | 3001 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $291.59 | $375,562.71 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $606.08 | $374,956.63 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $604.78 | $374,351.85 |
| 02/08/2016 | (57) | Christie L and Michael R. Kellerman | settlement of fraudulent transfer Kellerman | 1241-000 | $85,000.00 | | $459,351.85 |
| 02/26/2016 | (58) | US Bank | Settlement of Fraudulent Transfer with US Bank | 1241-000 | $38,502.66 | | $497,854.51 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $659.72 | $497,194.79 |
| 03/15/2016 | (59) | US Bank | Unknown refund from US Bank | 1229-000 | $68.45 | | $497,263.24 |
| 03/21/2016 | (60) | Michelle H. Byers | Fraudulent transfer on Robson (Byers) | 1241-000 | $44,000.00 | | $541,263.24 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $822.60 | $540,440.64 |
| 04/07/2016 | 3002 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $540,090.64 |
| 04/07/2016 | 3003 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $539,740.64 |
| 04/07/2016 | 3004 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $539,390.64 |
| | | | | SUBTOTALS | $544,247.91 | $4,857.27 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13960 | | Trustee Name: | George Leicht |
|---|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2016 | 3005 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $539,040.64 |
| 04/07/2016 | 3006 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $538,690.64 |
| 04/07/2016 | 3007 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $538,340.64 |
| 04/07/2016 | 3008 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $537,990.64 |
| 04/07/2016 | 3009 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $537,640.64 |
| 04/07/2016 | 3010 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $537,290.64 |
| 04/07/2016 | 3011 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $536,940.64 |
| 04/07/2016 | 3012 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $536,590.64 |
| 04/07/2016 | 3013 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $536,240.64 |
| 04/07/2016 | 3014 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $535,890.64 |
| 04/07/2016 | 3015 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $535,540.64 |
| 04/07/2016 | 3016 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $535,190.64 |
| 04/07/2016 | 3017 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $534,840.64 |
| 04/07/2016 | 3018 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $534,490.64 |
| 04/07/2016 | 3019 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $534,140.64 |
| 04/07/2016 | 3020 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $533,790.64 |
| 04/07/2016 | 3021 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $533,440.64 |
| 04/07/2016 | 3022 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $533,090.64 |
| 04/07/2016 | 3023 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $532,740.64 |
| 04/07/2016 | 3024 | Clerk of United States Bankruptcy Court | Adversary Case Fees | 2700-000 | | $350.00 | $532,390.64 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $836.04 | $531,554.60 |
| 05/24/2016 | (61) | Joan M. Smiley | Settlement of Fraudulent Transfer | 1241-000 | $35,000.00 | | $566,554.60 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $870.11 | $565,684.49 |
| 06/16/2016 | (62) | Shawn Baker | return of Fraudulent Transfer | 1241-000 | $32,000.00 | | $597,684.49 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $906.29 | $596,778.20 |

**SUBTOTALS** $67,000.00 $9,612.44

| Case No. | 13-13960 | | Trustee Name: | George Leicht |
|---|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2016 | (63) | Fifth Third Bank | Settlement of Fraudulent Transfers | 1241-000 | $6,500.00 | | $603,278.20 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $964.59 | $602,313.61 |
| 08/08/2016 | (64) | William D. Scamehorn | Settlement of Fradulent Transfer | 1241-000 | $19,500.00 | | $621,813.61 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $994.82 | $620,818.79 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $969.04 | $619,849.75 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $999.77 | $618,849.98 |
| 11/11/2016 | 3025 | Insurance Partners Agency, Inc. | Bond Term: 11/01/2016 - 11/01/2017 | 2300-000 | | $144.15 | $618,705.83 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $965.85 | $617,739.98 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $996.37 | $616,743.61 |
| 01/06/2017 | 3026 | Cohen, Todd, Kite and Stanford LLC | Per Doc. No. 312 | 3210-000 | | $41,236.65 | $575,506.96 |
| 01/06/2017 | 3027 | Cohen, Todd, Kite and Stanford LLC | Per Doc. No. 312 | 3220-000 | | $205.66 | $575,301.30 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $947.33 | $574,353.97 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $836.74 | $573,517.23 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $925.05 | $572,592.18 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $893.76 | $571,698.42 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $849.28 | $570,849.14 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $820.66 | $570,028.48 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $846.80 | $569,181.68 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $845.54 | $568,336.14 |
| 09/14/2017 | (65) | Miami Valley Christian Academy | Fradulent Transfer, partial payment | 1241-000 | $5,625.00 | | $573,961.14 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $821.36 | $573,139.78 |
| 10/03/2017 | (66) | FisherBroyles LLP | FMP v Patterson (Gang of Five) Settlement in Full (Patterson) | 1241-000 | $76,405.00 | | $649,544.78 |
| 10/03/2017 | (66) | Midland Trust | FMP v Rodger Pfeiffenberger (gang of five) settlement in full | 1241-000 | $2,896.00 | | $652,440.78 |
| | | | **SUBTOTALS** | | $110,926.00 | $55,263.42 | |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-13960 | | Trustee Name: | George Leicht |
| --- | --- | --- | --- | --- |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2017 | (66) | Triathlon Acquisitons | 1 check (White) Citibank $1016.15<br>1 check (Joseph Bickley) Equity Trust $3243.10 | 1241-000 | $4,259.15 | | $656,699.93 |
| 10/03/2017 | (66) | Triathlon Properties | Catfish 1702 Pfeiffenberger $3,262.25<br>Citibank 32028284 White $3,462.25<br>Equity Trust 557611 Bickley $3462.25 | 1241-000 | $10,186.75 | | $666,886.68 |
| 10/04/2017 | (66) | Triathlon Acquisitions | Triathlon Acquisitions-Jane Pfeiffenberger | 1241-000 | $4,259.25 | | $671,145.93 |
| 10/04/2017 | (66) | Triathlon Acquisitions | Triathalon Acquisitions-Rodger Pffeiffenberger | 1241-000 | $4,259.25 | | $675,405.18 |
| 10/04/2017 | (66) | Triathlon Properties | Triathlon Properties for Rodger Pfeiffenberger | 1241-000 | $3,462.25 | | $678,867.43 |
| 10/09/2017 | (66) | Joseph Bickley | FMP v Joe Bickley (gang of five) settlement in full per agreement | 1241-000 | $14,813.00 | | $693,680.43 |
| 10/10/2017 | (66) | Triathlon Acquisitons | 1 check (White) Citibank $1016.15<br>1 check (Joseph Bickley) Equity Trust $3243.10<br><br>$.10 deposit correction for deposit made on 10/3/2017 | 1241-000 | $0.10 | | $693,680.53 |
| 10/12/2017 | (66) | Triathalon Acquisitions | Fradulent Transfer for Triathalon Acquistions-Joseph Bickley | 1241-000 | $1,016.15 | | $694,696.68 |
| 10/13/2017 | (65) | Miami Valley Christian Academy | Fradulent Transfer-partial payment of Miami Valley Christain Academy | 1241-000 | $5,625.00 | | $700,321.68 |
| 10/19/2017 | (66) | Triathlon Properties | Fradulent transfer payment | 1241-000 | $200.00 | | $700,521.68 |
| 10/30/2017 | (66) | Triathlon Acquisitons | fradulent transfer | 1241-000 | $3,243.10 | | $703,764.78 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,008.06 | $702,756.72 |
| 11/10/2017 | (65) | Maima Valley Christian Academy | partial payment Fradulent transfer | 1241-000 | $5,625.00 | | $708,381.72 |
| 11/20/2017 | (66) | Triathlon Acquisitions, LLC | fraudulent transfer | 1241-000 | $1,300.00 | | $709,681.72 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,015.77 | $708,665.95 |
| 12/05/2017 | 3028 | Insurance Partners Agency, Inc. | Chapter 7 Blanket Bond | 2300-000 | | $198.61 | $708,467.34 |
| 12/07/2017 | (65) | Miami Valley Christian Academy | payment fraudulent transfer | 1241-000 | $5,625.00 | | $714,092.34 |
| 12/27/2017 | (66) | Triathlon Acquisitions | fraudulent transfer | 1241-000 | $1,700.00 | | $715,792.34 |
| | | | **SUBTOTALS** | | $65,574.00 | $2,222.44 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 13-13960 | Trustee Name: | George Leicht |
|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,059.32 | $714,733.02 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,061.76 | $713,671.26 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $957.58 | $712,713.68 |
| 03/01/2018 | (67) | Lisa J. Vanluvanee | settlement on fraudulent transer | 1241-000 | $13,900.00 | | $726,613.68 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,078.74 | $725,534.94 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,043.04 | $724,491.90 |
| 05/21/2018 | (66) | Triathlon Acquisitions LLC | Fradulent transfer | 1241-000 | $5,100.00 | | $729,591.90 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,078.70 | $728,513.20 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,047.33 | $727,465.87 |
| 07/23/2018 | (66) | Triathlon Acquisitions, LLC | payment on fradulent transfer | 1241-000 | $3,000.00 | | $730,465.87 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,081.68 | $729,384.19 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $174.77 | $729,209.42 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($174.77) | $729,384.19 |
| 08/21/2018 | (66) | Triathlon Acquisitions, LLC | payment of fradulent transfer | 1241-000 | $1,700.00 | | $731,084.19 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $12,793.97 | $718,290.22 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($12,793.97) | $731,084.19 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,086.61 | $729,997.58 |
| 09/07/2018 | 3029 | John E. Gilbert | Distribution on Claim | 7100-000 | | $37,348.08 | $692,649.50 |
| 09/07/2018 | 3029 | VOID: John E. Gilbert | Void of Check# 3029 | 7100-003 | | ($37,348.08) | $729,997.58 |
| 09/07/2018 | 3030 | Ed & Karen Wichta | Distribution on Claim | 7100-000 | | $9,404.25 | $720,593.33 |
| 09/07/2018 | 3030 | VOID: Ed & Karen Wichta | Void of Check# 3030 | 7100-003 | | ($9,404.25) | $729,997.58 |
| 09/07/2018 | 3031 | Michael Fink | Distribution on Claim | 7100-000 | | $6,362.28 | $723,635.30 |
| 09/07/2018 | 3031 | VOID: Michael Fink | Void of Check# 3031 | 7100-003 | | ($6,362.28) | $729,997.58 |
| 09/07/2018 | 3032 | M Bruce VanDyke | Distribution on Claim | 7100-000 | | $6,362.28 | $723,635.30 |
| 09/07/2018 | 3032 | VOID: M Bruce VanDyke | Void of Check# 3032 | 7100-003 | | ($6,362.28) | $729,997.58 |

**SUBTOTALS**  $23,700.00   $9,494.76

**FORM 2**

Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 13-13960 | | Trustee Name: | George Leicht |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2018 | 3033 | Bruce R. Blum | Distribution on Claim | 7100-000 | | $22,760.07 | $707,237.51 |
| 09/07/2018 | 3033 | VOID: Bruce R. Blum | Void of Check# 3033 | 7100-003 | | ($22,760.07) | $729,997.58 |
| 09/07/2018 | 3034 | Teresa Wellington | Distribution on Claim | 7100-000 | | $18,778.47 | $711,219.11 |
| 09/07/2018 | 3034 | VOID: Teresa Wellington | Void of Check# 3034 | 7100-003 | | ($18,778.47) | $729,997.58 |
| 09/07/2018 | 3035 | Lori Robson c/o Charles Miller, Esq. | Distribution on Claim | 7100-000 | | $6,958.74 | $723,038.84 |
| 09/07/2018 | 3035 | VOID: Lori Robson c/o Charles Miller, Esq. | Void of Check# 3035 | 7100-003 | | ($6,958.74) | $729,997.58 |
| 09/07/2018 | 3036 | Robert J. Gilbert | Distribution on Claim | 7100-000 | | $29,617.41 | $700,380.17 |
| 09/07/2018 | 3036 | VOID: Robert J. Gilbert | Void of Check# 3036 | 7100-003 | | ($29,617.41) | $729,997.58 |
| 09/07/2018 | 3037 | American Express Bank FSB | Distribution on Claim | 7100-000 | | $158.08 | $729,839.50 |
| 09/07/2018 | 3037 | VOID: American Express Bank FSB | Void of Check# 3037 | 7100-003 | | ($158.08) | $729,997.58 |
| 09/07/2018 | 3038 | Cindy A. Swinney | Distribution on Claim | 7100-000 | | $35,935.95 | $694,061.63 |
| 09/07/2018 | 3038 | VOID: Cindy A. Swinney | Void of Check# 3038 | 7100-003 | | ($35,935.95) | $729,997.58 |
| 09/07/2018 | 3039 | Joseph P and Sandra Moreland | Distribution on Claim | 7100-000 | | $2,932.61 | $727,064.97 |
| 09/07/2018 | 3039 | VOID: Joseph P and Sandra Moreland | Void of Check# 3039 | 7100-003 | | ($2,932.61) | $729,997.58 |
| 09/07/2018 | 3040 | Dan Kunkemoeller | Distribution on Claim | 7100-000 | | $37,429.90 | $692,567.68 |
| 09/07/2018 | 3040 | VOID: Dan Kunkemoeller | Void of Check# 3040 | 7100-003 | | ($37,429.90) | $729,997.58 |
| 09/07/2018 | 3041 | Lawrence (Larry) Maglin | Distribution on Claim | 7100-000 | | $25,564.54 | $704,433.04 |
| 09/07/2018 | 3041 | VOID: Lawrence (Larry) Maglin | Void of Check# 3041 | 7100-003 | | ($25,564.54) | $729,997.58 |
| 09/07/2018 | 3042 | Jason McCain | Distribution on Claim | 7100-000 | | $2,628.22 | $727,369.36 |
| 09/07/2018 | 3042 | VOID: Jason McCain | Void of Check# 3042 | 7100-003 | | ($2,628.22) | $729,997.58 |
| 09/07/2018 | 3043 | David Englehardt | Distribution on Claim | 7100-000 | | $1,446.92 | $728,550.66 |
| 09/07/2018 | 3043 | VOID: David Englehardt | Void of Check# 3043 | 7100-003 | | ($1,446.92) | $729,997.58 |
| 09/07/2018 | 3044 | Gregory Gromek | Distribution on Claim | 7100-000 | | $1,885.72 | $728,111.86 |
| 09/07/2018 | 3044 | VOID: Gregory Gromek | Void of Check# 3044 | 7100-003 | | ($1,885.72) | $729,997.58 |
| 09/07/2018 | 3045 | Stanley L. Blythe | Distribution on Claim | 7100-000 | | $78,520.49 | $651,477.09 |
| | | | **SUBTOTALS** | | $0.00 | $78,520.49 | |

| Case No. | 13-13960 | | Trustee Name: | George Leicht |
|---|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2018 | 3045 | VOID: Stanley L. Blythe | Void of Check# 3045 | 7100-003 | | ($78,520.49) | $729,997.58 |
| 09/07/2018 | 3046 | Ohio Department of Job and Family Services | Distribution on Claim | 5800-000 | | $234.23 | $729,763.35 |
| 09/07/2018 | 3046 | VOID: Ohio Department of Job and Family Services | Void of Check# 3046 | 5800-003 | | ($234.23) | $729,997.58 |
| 09/07/2018 | 3047 | Ohio Department of Job and Family Services | Distribution on Claim | 7100-000 | | $15.99 | $729,981.59 |
| 09/07/2018 | 3047 | VOID: Ohio Department of Job and Family Services | Void of Check# 3047 | 7100-003 | | ($15.99) | $729,997.58 |
| 09/07/2018 | 3048 | Brett Bowman | Distribution on Claim | 7100-000 | | $994.10 | $729,003.48 |
| 09/07/2018 | 3048 | VOID: Brett Bowman | Void of Check# 3048 | 7100-003 | | ($994.10) | $729,997.58 |
| 09/07/2018 | 3049 | Gregory H. Richards | Distribution on Claim | 7100-000 | | $8,142.43 | $721,855.15 |
| 09/07/2018 | 3049 | VOID: Gregory H. Richards | Void of Check# 3049 | 7100-003 | | ($8,142.43) | $729,997.58 |
| 09/07/2018 | 3050 | Shannon Ellis | Distribution on Claim | 7100-000 | | $2,133.65 | $727,863.93 |
| 09/07/2018 | 3050 | VOID: Shannon Ellis | Void of Check# 3050 | 7100-003 | | ($2,133.65) | $729,997.58 |
| 09/07/2018 | 3051 | Brian Blythe | Distribution on Claim | 7100-000 | | $34,460.60 | $695,536.98 |
| 09/07/2018 | 3051 | VOID: Brian Blythe | Void of Check# 3051 | 7100-003 | | ($34,460.60) | $729,997.58 |
| 09/07/2018 | 3052 | Michael Blythe | Distribution on Claim | 7100-000 | | $1,966.03 | $728,031.55 |
| 09/07/2018 | 3052 | VOID: Michael Blythe | Void of Check# 3052 | 7100-003 | | ($1,966.03) | $729,997.58 |
| 09/07/2018 | 3053 | Sharmini Shanker | Distribution on Claim | 7100-000 | | $28,839.03 | $701,158.55 |
| 09/07/2018 | 3053 | VOID: Sharmini Shanker | Void of Check# 3053 | 7100-003 | | ($28,839.03) | $729,997.58 |
| 09/07/2018 | 3054 | Donald Keyes | Distribution on Claim | 7100-000 | | $5,354.16 | $724,643.42 |
| 09/07/2018 | 3055 | John E. Gilbert | Distribution on Claim | 7100-000 | | $37,348.08 | $687,295.34 |
| 09/07/2018 | 3056 | Ed & Karen Wichta | Distribution on Claim | 7100-000 | | $9,404.25 | $677,891.09 |
| 09/07/2018 | 3057 | Michael Fink | Distribution on Claim | 7100-000 | | $6,362.28 | $671,528.81 |
| 09/07/2018 | 3058 | M Bruce VanDyke | Distribution on Claim | 7100-000 | | $6,362.28 | $665,166.53 |
| | | | **SUBTOTALS** | | $0.00 | ($13,689.44) | |

**FORM 2**  
Page No: 8

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-13960 | | Trustee Name: | George Leicht |
| Case Name: | FRENCH MANOR PROPERTIES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2018 | 3059 | Bruce R. Blum | Distribution on Claim | 7100-000 | | $22,760.07 | $642,406.46 |
| 09/07/2018 | 3060 | Teresa Wellington | Distribution on Claim | 7100-000 | | $18,778.47 | $623,627.99 |
| 09/07/2018 | 3061 | Lori Robson c/o Charles Miller, Esq. | Distribution on Claim | 7100-000 | | $6,958.74 | $616,669.25 |
| 09/07/2018 | 3062 | Robert J. Gilbert | Distribution on Claim | 7100-000 | | $29,617.41 | $587,051.84 |
| 09/07/2018 | 3063 | American Express Bank FSB | Distribution on Claim | 7100-000 | | $158.08 | $586,893.76 |
| 09/07/2018 | 3064 | Cindy A. Swinney | Distribution on Claim | 7100-000 | | $35,935.95 | $550,957.81 |
| 09/07/2018 | 3065 | Joseph P and Sandra Moreland | Distribution on Claim | 7100-000 | | $2,932.61 | $548,025.20 |
| 09/07/2018 | 3066 | Dan Kunkemoeller | Distribution on Claim | 7100-000 | | $37,429.90 | $510,595.30 |
| 09/07/2018 | 3067 | Lawrence (Larry) Maglin | Distribution on Claim | 7100-000 | | $25,564.54 | $485,030.76 |
| 09/07/2018 | 3068 | Jason McCain | Distribution on Claim | 7100-000 | | $2,628.22 | $482,402.54 |
| 09/07/2018 | 3069 | David Englehardt | Distribution on Claim | 7100-000 | | $1,446.92 | $480,955.62 |
| 09/07/2018 | 3070 | Gregory Gromek | Distribution on Claim | 7100-000 | | $1,885.72 | $479,069.90 |
| 09/07/2018 | 3071 | Stanley L. Blythe | Distribution on Claim | 7100-000 | | $78,520.49 | $400,549.41 |
| 09/07/2018 | 3072 | Ohio Department of Job and Family Services | Distribution on Claim | 5800-000 | | $234.23 | $400,315.18 |
| 09/07/2018 | 3073 | Ohio Department of Job and Family Services | Distribution on Claim | 7100-000 | | $15.99 | $400,299.19 |
| 09/07/2018 | 3074 | Brett Bowman | Distribution on Claim | 7100-000 | | $994.10 | $399,305.09 |
| 09/07/2018 | 3075 | Gregory H. Richards | Distribution on Claim | 7100-000 | | $8,142.43 | $391,162.66 |
| 09/07/2018 | 3076 | Shannon Ellis | Distribution on Claim | 7100-000 | | $2,133.65 | $389,029.01 |
| 09/07/2018 | 3077 | Brian Blythe | Distribution on Claim | 7100-000 | | $34,460.60 | $354,568.41 |
| 09/07/2018 | 3078 | Michael Blythe | Distribution on Claim | 7100-000 | | $1,966.03 | $352,602.38 |
| 09/07/2018 | 3079 | Sharmini Shanker | Distribution on Claim | 7100-000 | | $28,839.03 | $323,763.35 |
| 10/05/2018 | (66) | Triathlon Acquisitions LLC | partial payment | 1241-000 | $1,200.00 | | $324,963.35 |
| 11/01/2018 | 3078 | STOP PAYMENT: Michael Blythe | Stop Payment for Check# 3078 | 7100-004 | | ($1,966.03) | $326,929.38 |
| 11/01/2018 | 3080 | Michael Blythe | Distribution on Claim | 7100-000 | | $1,966.03 | $324,963.35 |
| | | | **SUBTOTALS** | | **$1,200.00** | **$341,403.18** | |

**FORM 2**

Page No: 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13960 | Trustee Name: | George Leicht |
|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/06/2018 | (66) | Triathlon Acquisitions LLC | payment | 1241-000 | $2,000.00 | | $326,963.35 |
| 12/05/2018 | (66) | Triathlon Acquisitions, LLC | fradulent transfer | 1241-000 | $1,200.00 | | $328,163.35 |
| 12/19/2018 | 3081 | Insurance Partners Agency, Inc. | Bond Allocation | 2300-000 | | $355.05 | $327,808.30 |
| 01/02/2019 | (66) | Triathlon Acquistions LLC | fradulent transfer | 1241-000 | $1,500.00 | | $329,308.30 |
| 01/29/2019 | (66) | Triathlon Acquistions | Fradulent Transfer | 1241-000 | $1,280.00 | | $330,588.30 |
| 11/12/2019 | 3082 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $119.31 | $330,468.99 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $818,627.91 | $488,158.92 | $330,468.99 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $818,627.91 | $488,158.92 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $818,627.91 | $488,158.92 | |

**For the period of 01/01/2019 to 12/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,780.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,780.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $119.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $119.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/29/2015 to 12/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $818,627.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $818,627.91 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $488,158.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $488,158.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| Case No. | 13-13960 | Trustee Name: | George Leicht |
|---|---|---|---|
| Case Name: | FRENCH MANOR PROPERTIES, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9759 | Checking Acct #: | ******3960 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $818,627.91 | $488,158.92 | $330,468.99 |

| For the period of 01/01/2019 to 12/31/2019 | | For the entire history of the account between 09/29/2015 to 12/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,780.00 | Total Compensable Receipts: | $818,627.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,780.00 | Total Comp/Non Comp Receipts: | $818,627.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $119.31 | Total Compensable Disbursements: | $488,158.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $119.31 | Total Comp/Non Comp Disbursements: | $488,158.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GEORGE LEICHT

GEORGE LEICHT